## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**VALENTIN, IVAN**                          Case No. 6:09-bk-10039-KSJ
_____**Debtor**_____/                          **Chapter 13**

## OBJECTION TO
## CLAIM NO. 009 AS FILED BY US BANK

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Blvd., Suite 950, Orlando, Florida 32801 and serve a copy on the Debtor's attorney, Robert J. Pellergrino, PA, 627 Hearthglen Boulevard, Winter Garden, FL 34787.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

---

COMES NOW Debtor, IVAN VALENTIN, by and through his undersigned counsel, and file this Objection to the claim of Creditor, US BANK (hereafter "Creditor") and the Debtor states as follows:

1.      The Creditor filed a secured claim in the amount of $188,985.03 with $9,032.94 arrearage (Claim No. 09) on September 21, 2009.

2.      Debtor agrees that the Debtor owes Creditor the principal amount of $188,895.03 as filed in Creditor's Proof of Claim.

3.      The debtor objects to the Pre-petition Escrow Advances. The debtor has always maintained homeowners insurance as well as Property Taxes. To date the debtor is under an installment plan for the property taxes which they are current and his homeowners insurance is current. The creditor did not provide any details as to the pre-petition escrow advances requested in the proof of claim.

4.      The debtor objects to post petition monthly mortgage increase as this is a non-escrowed loan and the debtor has maintained property taxes and insurance and per the proof claim the interest rate has not increased. Creditor has not provided a detailed summary as to the increase in post petition mortgage payments.

5.      The Debtor believes that the Creditor is trying to recapture pre-petition arrearages by raising the post-petition payment.

6.     The Debtor requests that the Creditor provide detailed documentation to support the increased post-petition mortgage payment and pre-petition escrow advances.

WHEREFORE, Debtor, by and through his undersigned counsel, requests an Order sustaining this objection and requiring Creditor to amend its Proof of Claim to reflect the actual arrearages and requiring Creditor to provide detailed documentation to support the increased post-petition mortgage payment and explain all escrow advances; and granting such other and further relief as this Court deems equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. First Class Mail, postage prepaid, this 9th day of December, 2009 to Laurie K. Weatherford, Trustee, P.O. Box 3450, Winter Park, Florida 32790-3450 and Creditor, U.S. Bank, c/o Home Loan Services, Attn:  Officer, Manager or Registered Agent, 150 Allegheny Center, Pittsburg, PA  15212;  US Bank, c/o Albertelli Law, Attn:  Andrew L. Fivecoat, Esq., 600 North Westshore Blvd., Suite 400, Tampa, FL  33609; and to Debtor, 1518 Oriole Street, Longwood, FL  32750.

Respectfully submitted,

Robert J. Pellegrino
627 Heartglen Blvd
Winter Garden, FL  34787-4521
Telephone: (321) 251-8646
Attorneys for Debtor


/s/ROBERT J. PELLEGRINO
ROBERT J. PELLEGRINO
Florida Bar No.  0006246