UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
IVAN VALENTIN

CASE NO.: 6:09-bk-10039-KSJ

CHAPTER 13

Debtor.
_____/

## RESPONSE TO DEBTOR'S OBJECTION TO CLAIM NO.009 AS FILED BY U.S. BANK

Creditor, U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2, by and through its undersigned attorney, hereby files this Response to Objection to Claim of U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2 and for Determination that Claim is Secured filed by the Debtors, and states:

1. U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N. A. AS SUCCESSOR BY MERGER TO LASALLE BANK N. A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2, is currently researching the issue in dispute and will provide counsel with an escrow analysis and corporate advance breakdown.

2. U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N. A. AS SUCCESSOR BY MERGER TO LASALLE BANK N. A., AS TRUSTEE FOR MERRILL LYNCH FIRST FRANKLIN

1

MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2, respectfully requests a hearing on Debtor's Objection to Claim.

3. The Debtor does not provide evidence of payments on taxes and insurance.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 22nd Day of December, 2009, I served a copy of the foregoing upon:

**SERVICE LIST**
Robert J Pellegrino
Robert J Pellegrino PA
627 Hearthglen Boulevard
Winter Garden, FL 34787

Ivan Valentin
1518 Oriole Street
Longwood, FL 32750

Laurie K. Weatherford
P.O. Box 3450
Winter Park, FL 32790

**Andrew L. Fivecoat, Esq.**
**Albertelli Law**
Attorney for Secured Creditor
600 N. Westshore Blvd.
Suite 400
Tampa, FL 33609
Telephone: (813) 221-4743
Facsimile: (813) 221-9171


By:   /s/ Andrew L. Fivecoat, Esq.
**Andrew L. Fivecoat, Esq.**
**Florida Bar No.: 0122068**