# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:

VALENTIN, IVAN                                   CASE No.: 6:09-bk-10039-KSJ

       Debtors         /                                     CHAPTER 13

## NOTICE OF PROVIDING PROOF OF PAYMENTS
## OF REAL ESTATE TAXES AND HOMEOWNERS INSURANCE
## REFERENCE DOC. NO. 38

COMES NOW the debtor, IVAN VALENTIN, and files Notice and would show:

1. On December 9, 2009, the Debtor filed an objection to claim no. 9 of US Bank.

2. On December 22, 2009, the Attorney for Creditor, Andrew L. Fivecoat, filed a response on behalf of the Creditor.

3. The Creditors response to the objection was that the debtor had not provided proof that he had paid his property taxes and homeowners insurance.

4. Attached is evidence that the debtor has paid both property taxes and homeowners insurance.

5. The mortgage has never been escrowed.

6. The debtor has always maintained property taxes and insurance.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Response has been provided to Laurie Weatherford, via electronic transmission; and to U.S. Bank, c/o Home Loan Services, Attn: Officer, Manager or Registered Agent, 150 Allegheny Center, Pittsburg, PA 15212; US Bank, c/o Albertelli Law, Attn: Andrew L. Fivecoat, Esq., 600 North Westshore Blvd., Suite 400, Tampa, FL 33609; and to Debtor, 1518 Oriole Street, Longwood, FL 32750 on this 5th day of January 2010.

                                               Respectfully submitted,

                                               /s/ROBERT J. PELLEGRINO
                                               Robert J. Pellegrino
                                               Florida Bar No. 0006246
                                               627 Heartglen Blvd
                                               Winter Garden, FL 34787-4521
                                               Telephone: (321) 251-8646
                                               Attorneys for Debtor