
COPY Mailed 4/28/09

DR 534 RV 10/08

# NOTICE AND APPLICATION FOR ALTERNATIVE PAYMENT OF 2009 PROPERTY TAXES

**PLEASE READ THE INSTRUCTIONS AND INSTALLMENT SCHEDULE CAREFULLY BEFORE SIGNING APPLICATION.**

Section 197.222, Florida Statutes, allows an alternative plan for payment of property taxes. A taxpayer who elects to pay taxes by the installment method shall make payments based upon an estimated tax which shall be equal to the actual taxes levied upon the property in the preceding year.

### THE PAYMENT SCHEDULE SHALL BE AS FOLLOWS:

**First Installment Payment:** One quarter of the total estimated taxes discounted 6%. Payment shall be made not later than June 30, 2009. A taxpayer must make the first installment payment in order to participate in this plan.

**Second Installment Payment:** One quarter of the total estimated taxes discounted 4½%. Payment shall be made not later than September 30, 2009. No discount shall be allowed after September 30, 2009.

**Third Installment Payment:** One quarter of the total estimated taxes plus one-half of any adjustment pursuant to a determination of actual tax liability discounted 3%. Payment shall be made not later than December 31, 2009. No discount shall be allowed after December 31, 2009.

**Fourth Installment Payment:** One quarter of the total estimated taxes plus one-half of any adjustment pursuant to a determination of actual tax liability with no discount. Payment shall be made not later than March 31, 2010. Interest shall apply after March 31, 2010.

**NOTE:**
Florida Law requires that your estimated taxes must be more than $100.00 per tax notice in order to participate in the Installment Payment Plan. If your estimated taxes for 2008 are $100.00 or less, you do not qualify for this plan.

You must make the first installment payment not later than June 30th in order to participate in this plan. Once you have elected to participate in the installment payment plan by timely paying the first payment, you are required to continue participation for the tax year. If you elect to discontinue participation, you will not be entitled to receive the discounts provided by law. Installment payments that become delinquent shall be paid with the next installment payment. Discounts will not be allowed on delinquent payments.

**If you desire to pay 2009 property taxes by installment, please sign, date, complete property identification number and return this application to your County Tax Collector prior to May 1, 2009.**

**Upon receipt, the Tax Collector shall mail your first notice of payment due, with instructions.**

**If you have not received your first notice by June 15, 2009, contact the Tax Collector's office.**

**Please submit one form for each parcel you want to be included in the installment plan.**

KEEP TOP PORTION FOR YOUR RECORDS

------------------------------ TO BE COMPLETED BY THE TAXPAYER ------------------------------
### PLEASE PRINT CLEARLY

I hereby make application to participate in the installment payment plan for the 2009 tax year.

Name: Ivan & Cindy Valentin
Mailing Address: 1518 Oriole Street
Longwood, FL 32750
Phone Number: (407) 682-2318

Property ID No: 29-20-30-5CW-0100-0120
Legal Description as it appears on the 2008 Tax Notice Receipt:
Leg lot 12 Blk 1 Sky Lark Subd PB 17 PG 85

Cindy Valentin   4/28/09
Signature        Date

**MAIL COMPLETED BOTTOM PORTION OF APPLICATION TO:**
Ray Valdes, Seminole County Tax Collector
Attn: Tax Department
PO Box 630
Sanford, FL 32772-0630
(407) 665-7636

**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR

2009 REAL ESTATE

TAX BILL NUMBER 058199

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| PROPERTY I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 29-20-30-5CW-0I00-0120 | INST | 144,261 | 25,000 | 119,261 | L1 |

R    FIRST INSTALLMENT

6 - 1282

LEG LOT 12 BLK I SKY LARK SUBD PB 17 PG 85
PAD: 1518 ORIOLE ST

VALENTIN IVAN & CINDY
1518 ORIOLE ST
LONGWOOD FL  32750-3117

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | ADDITIONAL EXEMPTION(s) | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| COUNTY | 4.5153 | 25,000 | 94,261 | 425.62 |
| SCHOOL | 7.5430 | 0 | 119,261 | 899.59 |
| CITY LONGWOOD | 4.9900 | 25,000 | 94,261 | 470.36 |
| SJWM | 0.4158 | 25,000 | 94,261 | 39.19 |
| COUNTY BONDS | 0.1451 | 25,000 | 94,261 | 13.68 |

*Paid Ck# 1282*

PAY ONLINE WWW.SEMINOLETAX.ORG

| TOTAL MILLAGE | 17.6092 | TOTAL AD VALOREM TAXES | $1,848.44 |
|---|---|---|---|

*PLEASE RETAIN THIS PORTION FOR YOUR RECORDS*

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | TOTAL NON-AD VALOREM ASSESSMENTS | $.00 |

| COMBINED TAXES AND ASSESSMENTS | $1,848.44 | See reverse side for important information. |
|---|---|---|

| PAY ONLY ONE AMOUNT | BY JUN 30 434.38 | RECEIVED BY JUL 30 485.22 | JULY AMOUNT INCLUDES LATE CHARGES |
|---|---|---|---|

**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR

2009 REAL ESTATE
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

TAX BILL NUMBER 058199

| PROPERTY I.D. NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 29-20-30-5CW-0I00-0120 | INST | 144,261 | 25,000 | 119,261 | L1 |

R   SECOND INSTALLMENT

6 - 1042

LEG LOT 12 BLK I SKY LARK SUBD PB
17 PG 85
PAD: 1518 ORIOLE ST

VALENTIN IVAN & CINDY
1518 ORIOLE ST
LONGWOOD FL   32750-3117

## AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | ADDITIONAL EXEMPTION(s) | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| COUNTY | 4.5153 | 25,000 | 94,261 | 425.62 |
| SCHOOL | 7.5430 | 0 | 119,261 | 899.59 |
| CITY LONGWOOD | 4.9900 | 25,000 | 94,261 | 470.36 |
| SJWM | 0.4158 | 25,000 | 94,261 | 39.19 |
| COUNTY BONDS | 0.1451 | 25,000 | 94,261 | 13.68 |

**PAY ONLINE WWW.SEMINOLETAX.ORG**

| TOTAL MILLAGE | 17.6092 | TOTAL AD VALOREM TAXES | $1,848.44 |
|---|---|---|---|

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|

*Paid Ck#1347*

| | TOTAL NON-AD VALOREM ASSESSMENTS | $.00 |
|---|---|---|
| **COMBINED TAXES AND ASSESSMENTS** | $1,848.44 | See reverse side for important information. |

| PAY ONLY ONE AMOUNT | BY SEP 30 441.32 | | | | |
|---|---|---|---|---|---|

*PLEASE RETAIN THIS PORTION FOR YOUR RECORDS*

# Chase Online

**FREE CLASSIC CKING (...0539)**

Check Number: 1347        Post Date: 10/09/2009        Amount of Check: $441.32



Need help printing or saving this check?

Need help printing or saving this check?

© 2009 JPMorgan Chase & Co.

**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR

2009 REAL ESTATE
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

TAX BILL NUMBER 058320

| PROPERTY I.D. NUMBER | ESCROW CD | | MILLAGE CODE |
|---|---|---|---|
| 29-20-30-5CW-0I00-0120 | INST | APPLICABLE VALUES AND EXEMPTIONS BELOW | L1 |

R   THIRD INSTALLMENT

5 - 1037

LEG LOT 12 BLK I SKY LARK SUBD PB 17 PG 85
PAD: 1518 ORIOLE ST

VALENTIN IVAN & CINDY
1518 ORIOLE ST
LONGWOOD FL  32750-3117

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE (DOLLARS PER $1,000 OF TAXABLE VALUE) | ASSESSED VALUE | EXEMPTION(s) | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY | 4.9000 | 122,177 | 50,000 | 72,177 | 353.67 |
| SCHOOL | 7.7230 | 122,177 | 25,000 | 97,177 | 750.50 |
| CITY LONGWOOD | 4.9900 | 122,177 | 50,000 | 72,177 | 360.16 |
| SJWM | 0.4158 | 122,177 | 50,000 | 72,177 | 30.01 |
| COUNTY BONDS | 0.1451 | 122,177 | 50,000 | 72,177 | 10.47 |

**PAY ONLINE WWW.SEMINOLETAX.ORG**

| TOTAL MILLAGE | 18.1739 | TOTAL AD VALOREM TAXES | $1,504.81 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| | TOTAL NON-AD VALOREM ASSESSMENTS | $.00 |

| COMBINED TAXES AND ASSESSMENTS | $1,504.81 | See reverse side for important information. |
|---|---|---|

| PAY ONLY ONE AMOUNT | BY DEC 31  281.58 | OPTIONAL DEC PAYOFF  571.88 | | | |
|---|---|---|---|---|---|

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

**RAY VALDES**
SEMINOLE COUNTY TAX COLLECTOR

2009 REAL ESTATE
NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

TAX BILL NUMBER 058320

| PROPERTY I.D. NUMBER | ESCROW CD | | MILLAGE CODE |
|---|---|---|---|
| 29-20-30-5CW-0I00-0120 | INST | APPLICABLE VALUES AND EXEMPTIONS ABOVE | L1 |

R   THIRD INSTALLMENT

VALENTIN IVAN & CINDY
1518 ORIOLE ST
LONGWOOD FL 32750 3117

LEG LOT 12 BLK I SKY LARK SUBD PB 17 PG 85
PAD: 1518 ORIOLE ST

PLEASE DETACH AND RETURN WITH PAYMENT

PAY IN U.S. FUNDS TO RAY VALDES • TAX COLLECTOR • P.O. BOX 630 • SANFORD, FL 32772-0630

| PAY ONLY ONE AMOUNT | BY DEC 31  281.58 | OPTIONAL DEC PAYOFF  571.88 | | | |
|---|---|---|---|---|---|

| Universal Property and Casualty Insurance<br>1110 W. COMMERCIAL BLVD.<br>SUITE 300<br>FORT LAUDERDALE FL 33309<br>TOLL FREE: 800-425-9113 | BALANCE DUE STATEMENT  |
|---|---|
| Claims: 1-800-218-3206 | 1110 W. Commercial Blvd. Suite ☐ Fort Lauderdale, FL<br>Service: Contact your Agent Listed Below |

| Policy Number | Policy Period FROM | Policy Period TO | | Agent Code |
|---|---|---|---|---|
| 592-342-992 | 04/27/2009 | 04/27/2010 | 12:01 AM Standard Time | AA48 |

**Named Insured and Address**
Ivan Valentin
1518 Oriole Street
Longwood FL 32750-3117

**Property Address**
1518 ORIOLE ST
LONGWOOD FL 32750

**Agent Name and Address**
Jorge Cardona Ins Broker Inc
1932 Howell Branch RD
Winter Park Fl 32792
(407) 678-3709

**Policy Changes**
Premium Finance

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/29/2009 | Premium Due | 952.33 | 952.33 |
| | **Amount Due** | | **952.33** |

| Payment Plans | # | Premium | Setup Fee | Payment Fee | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| Two Payments* | 1 | 628.00 | 10.00 | 10.00 | 648.00 | 04/27/2009 |
| | 2 | 628.33 | | 10.00 | 638.33 | 10/24/2009 |
| Four Payments* | 1 | 314.00 | 10.00 | 10.00 | 334.00 | 04/27/2009 |
| | 2 | 314.00 | | 10.00 | 324.00 | 07/26/2009 |
| | 3 | 314.00 | | 10.00 | 324.00 | 10/24/2009 |
| | 4 | 314.33 | | 10.00 | 324.33 | 01/22/2010 |

* All payments, fees and due dates based on current annual premium and policy effective date.

Return Bottom Portion with Payment

| Universal Property and Casualty Insurance<br>1110 W. COMMERCIAL BLVD.<br>SUITE 300<br>FORT LAUDERDALE FL 33309<br>TOLL FREE: 800-425-9113 | BALANCE DUE STATEMENT  |
|---|---|
| Claims: 1-800-218-3206 | 1110 W. Commercial Blvd. Suite ☐ Fort Lauderdale, FL<br>Service: Contact your Agent Listed Below |

| Policy Number | Policy Period FROM | Policy Period TO | | Agent Code |
|---|---|---|---|---|
| 592-342-992 | 04/27/2009 | 04/27/2010 | 12:01 AM Standard Time | AA48 |

**Named Insured and Address**
Ivan Valentin
1518 Oriole Street
Longwood FL 32750-3117

**Property Address**
1518 ORIOLE ST
LONGWOOD FL 32750

**Agent Name and Address**
Jorge Cardona Ins Broker Inc
1932 Howell Branch RD
Winter Park Fl 32792
(407) 678-3709

**Policy Changes**



| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/30/2009 | Premium Due | 638.33 | 638.33 |
| | **Amount Due** | | **638.33** |

| Payment Plans | # | Premium | Setup Fee | Payment Fee | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| Two Payments* | 1 | 628.00 | 10.00 | 10.00 | 648.00 | 04/27/2009 |
| | 2 | 628.33 | | 10.00 | 638.33 | 10/24/2009 |
| Four Payments* | 1 | 314.00 | 10.00 | 10.00 | 334.00 | 04/27/2009 |
| | 2 | 314.00 | | 10.00 | 324.00 | 07/26/2009 ✓ |
| | 3 | 314.00 | | 10.00 | 324.00 | 10/24/2009 |
| | 4 | 314.33 | | 10.00 | 324.33 | 01/22/2010 |

* All payments, fees and due dates based on current annual premium and policy effective date.

**Great News! Now you can pay your premium online. Simply register at https://account.universalproperty.com**

Return Bottom Portion with Payment



Keep this receipt as a record of your purchase.

                                        FOR YOUR PROTECTION SAVE THIS COPY      **Customer Copy**
                                               **CASHIER'S CHECK**
                                                                                      1390400124

Florida                                                                                       08/15/2009
                                Remitter  CINDY VALENTIN

                                                                                     $ ************339.00 ***

**Pay To The Order Of**    UNIVERSAL PROPERTY &CASUALTY INS. CO.

                                                                           Drawer:  **JPMORGAN CHASE BANK, N.A.**
                                                                         **NON NEGOTIABLE**

                                                    **TERMS**
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.**

| Universal Property and Casualty Insurance<br>1110 W. COMMERCIAL BLVD.<br>SUITE 300<br>FORT LAUDERDALE FL 33309<br>TOLL FREE: 800-425-9113 | BALANCE DUE STATEMENT  |
|---|---|
| Claims: 1-800-218-3206 | 1110 W. Commercial Blvd. Suite ☐ Fort Lauderdale, FL<br>Service: Contact your Agent Listed Below |

| Policy Number | Policy Period FROM | Policy Period TO | | Agent Code |
|---|---|---|---|---|
| 592-342-992 | 04/27/2009 | 04/27/2010 | 12:01 AM Standard Time | AA48 |

**Named Insured and Address**
Ivan Valentin
1518 Oriole Street
Longwood FL 32750-3117

**Property Address**
1518 ORIOLE ST
LONGWOOD FL 32750

**Agent Name and Address**
Jorge Cardona Ins Broker Inc
1932 Howell Branch RD
Winter Park Fl 32792
(407) 678-3709

**Policy Changes**

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/21/2009 | Premium Due | 638.33 | 638.33 |
| | **Amount Due** | | **638.33** |

*Paid
Ck #
365*

| Payment Plans | # | Premium | Setup Fee | Payment Fee | Amount Due | Due Date |
|---|---|---|---|---|---|---|
| Two Payments* | 1 | 628.00 | 10.00 | 10.00 | 648.00 | 04/27/2009 |
| | 2 | 628.33 | | 10.00 | 638.33 | 10/24/2009 |
| Four Payments* | 1 | 314.00 | 10.00 | 10.00 | 334.00 | 04/27/2009 |
| | 2 | 314.00 | | 10.00 | 324.00 | 07/26/2009 |
| | 3 | 314.00 | | 10.00 | 324.00 | 10/24/2009 |
| | 4 | 314.33 | | 10.00 | 324.33 | 01/22/2010 |

* All payments, fees and due dates based on current annual premium and policy effective date.

**Great News! Now you can pay your premium online. Simply register at https://account.universalproperty.com**

Return Bottom Portion with Payment

# Chase Online

**FREE CLASSIC CKING (...0539)**

**Check Number:** 1365      **Post Date:** 10/26/2009      **Amount of Check:** $321.00



Need help printing or saving this check?



Need help printing or saving this check?

© 2009 JPMorgan Chase & Co.