*061000146*
04/30/2009
6519196002

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

IVAN VALENTIN                                    1216
CINDY VALENTIN
1518 ORIOLE STREET
LONGWOOD, FL 32750

Apr 24 2009

$ 334.00

Three Hundred thirty four and 00/100 DOLLARS

WASHINGTON MUTUAL BANK

592-342-992                    Cindy Valentin

⑆267084131⑆

⑆267084131⑆

UNIVERSAL PROP & CASUALTY INS CO.
10000000334710

INCLEARING
115633472  04-30-09

IVAN VALENTIN
CINDY VALENTIN
305 ORIOLE STREET
LONGWOOD, FL 32750

1282

-06-09  5835    date Jun 30, 2009

PAY to the order of Ray Valdes — Tax Collector    $ 434.38

Four hundred thirty-four and 38/100 — DOLLARS

WASHINGTON MUTUAL BANK
ALTAMONTE SPRINGS FINANCIAL CENTER 1021
500 EAST ALTAMONTE DRIVE, SUITE 130
ALTAMONTE SPRINGS, FL 32701
1-800-788-7000

for AP 39-20-30-5CW-0100-0100    Cindy Valentin

⑆267084131⑆

INCLEARINGS
MIAMI FL
130506796 07-06-09

0246

Wachovia Bank
FOR DEPOSIT ONLY
RAY VALDES SEM. CO. TAX COL.
TAX ACCOUNT

06796