UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

      IVAN VALENTIN

                              CHAPTER 13
                              CASE NO. 6:09-bk-10039-KSJ

                Debtor.

_____/

## NOTICE OF FILING

      **COMES NOW ALBERTELLI LAW** attorneys for U.S. Bank, National Association, as successor trustee to Bank of America, N. A. as successor by merger to LaSalle Bank N. A., as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2, and hereby files Escrow Change Letter.

                                      **Andrew L. Fivecoat, Esq.**
                                      **Albertelli Law**
                                      600 North Westshore Boulevard
                                      Suite 400
                                      Tampa, FL 33609
                                      Telephone: (813) 221-4743
                                      Facsimile: (813) 221-9171

                                    By: /s/ Andrew L. Fivecoat, Esq.
                                      **Andrew L. Fivecoat, Esq.**
                                    **Florida Bar No.: 0122068**

CERTIFICATE OF SERVICE

        **I HEREBY CERTIFY** that on this 1st day of February, 2010, I served a copy of the foregoing upon:

**SERVICE LIST:**

Ivan Valentin
1518 Oriole Street
Longwood, FL 32750

Robert J Pellegrino, Esq.
Attorney for Debtor
Robert J Pellegrino PA 627 Hearthglen Boulevard
Winter Garden, FL  34787

Laurie K. Weatherford
Trustee
P.O. Box 3450
Winter Park, FL  32790

**Andrew L. Fivecoat, Esq.**
**Albertelli Law**
600 North Westshore Boulevard
Suite 400
Tampa, FL 33609
Telephone: (813) 221-4743
Facsimile: (813) 221-9171

By: /s/ Andrew L. Fivecoat, Esq.
   **Andrew L. Fivecoat, Esq.**
   **Florida Bar No.:  0122068**