Home Loan Services, Inc.
P.O. Box 1838
Pittsburgh, PA  15230-1838


January 26, 2010


LAURIE K WEATHERFORD
P.O. BOX 3450
WINTER PARK, FL 32790


RE: ANNUAL ESCROW ANALYSIS

Loan Number:            ████████
Bankruptcy Case Number:  09-10039
Debtor:                  Ivan Valentin
Property Address:        1518 Oriole St
                         Longwood FL 32750


Dear Sir or Madam:

The account referenced above was analyzed in January, 2010.  Prior
to the analysis, the monthly mortgage payment was $ 1,474.88.

Beginning March 2010, the new monthly mortgage payment amount is
$ 1,476.58.  The new payment amount consists of the following items:

Principal and Interest         $     1,185.68
Escrow Payment                        290.90

Total Payment                  $     1,476.58

If you have any questions, please call the Bankruptcy Department at
800-346-6437.

Sincerely,


Bankruptcy Department                                    BK050/9CJ

This notification is in accordance with the mortgage documents and
is not a demand for payment from the Debtor(s).  It is sent only
for the purpose of notifying the Debtor(s) of the change in their
monthly mortgage payment amount.

IVAN VALENTIN
1518 ORIOLE ST
LONGWOOD          FL 32750

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
05/01/09 THROUGH 02/28/10.
YOUR   MONTHLY   MORTGAGE PAYMENT FOR THE PAST YEAR WAS
       1,474.88 OF WHICH    1,185.68 WAS FOR PRINCIPAL AND INTEREST
AND        289.20 WENT INTO YOUR ESCROW ACCOUNT.

| MO | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| STARTING BALANCE | . . . . . . . . . . . . | . . . . . . . . . . . . | . . . . . . . . . . . . | . . . . . . . . . . | . . . . | 924.20 | 697.73- |
| MAY | 154.04 |  | * |  |  | 1078.24 | 697.73- |
| JUN | 154.04 | 100.00 | * |  |  | 1232.28 | 597.73- |
| JUL | 154.04 |  | * |  |  | 1386.32 | 597.73- |
| AUG | 154.04 |  | * |  |  | 1540.36 | 597.73- |
| SEP | 154.04 |  | * |  |  | 1694.40 | 597.73- |
| OCT | 154.04 |  | * |  |  | 1848.44 | 597.73- |
| NOV | 154.04 |  | * 1848.44 | COUNTY ANNUA | 3490.76* | 154.04 | 4088.49- |
| DEC | 154.04 |  | * |  |  | 308.08 | 4088.49- |
| JAN | 154.04 | 2602.80 | *Y |  | Y | 462.12 | 1485.69- |
| FEB | 154.04 | 289.20 | *Y |  | Y | 616.16 | 1196.49- |
| MAR | 154.04 |  | * |  |  | 770.20 |  |
| APR | 154.04 |  | * |  |  | 924.24 |  |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING    1,848.44. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED       308.08
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED        154.04.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

ACCOUNT PROJECTION

COUNTY TAX                  :        3,490.76
----------------------------------------
ANNUAL DISBURSEMENTS   :        3,490.76
            3,490.76 / 12 =        290.90 ESCROW PAYMENT

| MO | PAYMENTS TO | PAYMENTS FROM | DESCRIPTION | CURRENT BAL PROJECTION | REQUIRED BAL PROJECTION |
|----|-----------|----------------|-------------|------------------------|-------------------------|
| BALANCE AS OF 02/28/10.......................... | | | | 1,196.49- | 1,163.56 |
| MAR | 290.90 | | | 905.59- | 1,454.46 |
| APR | 290.90 | | | 614.69- | 1,745.36 |
| MAY | 290.90 | | | 323.79- | 2,036.26 |
| JUN | 290.90 | | | 32.89- | 2,327.16 |
| JUL | 290.90 | | | 258.01 | 2,618.06 |
| AUG | 290.90 | | | 548.91 | 2,908.96 |
| SEP | 290.90 | | | 839.81 | 3,199.86 |
| OCT | 290.90 | | | 1,130.71 | 3,490.76 |
| NOV | 290.90 | 3,490.76 | COUNTY ANNUA | 2,069.15- | 290.90 |
| DEC | 290.90 | | | 1,778.25- | 581.80 |
| JAN | 290.90 | | | 1,487.35- | 872.70 |
| FEB | 290.90 | | | 1,196.45- | 1,163.60 |

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     1,196.49-. YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE     1,163.56 .

THIS MEANS YOU HAVE A SURPLUS OF      263.11.** THIS SURPLUS MUST BE
RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
SURPLUS.

** THIS AMOUNT HAS BEEN ADJUSTED FOR THE BANKRUPTCY PROOF OF CLAIM.

YOUR FIRST   MONTHLY   MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
     1,476.58 OF WHICH    1,185.68 WILL BE FOR PRINCIPAL AND
INTEREST AND      290.90 WILL GO INTO YOUR ESCROW ACCOUNT.
THE TERMS OF YOUR LOAN MAY RESULT IN CHANGES TO THE MONTHLY PRINCIPAL
AND INTEREST PAYMENTS DURING THE YEAR.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST              1,185.68
     ESCROW PAYMENT                        290.90
                                    ---------------
NEW PAYMENT EFFECTIVE 03/01/10           1,476.58

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.