# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:
**VALENTIN, IVAN**                                    Case No. 6:09-bk-10039-KSJ
_____Debtor_____/                         Chapter 13

## CORRECTIVE
## RESPONSE/OBJECTION TO NOTICE OF FILING OF
## ESCROW CHANGE LETTER
## (DOC. NO. 52)

COMES NOW Debtor, IVAN VALENTIN, by and through his undersigned counsel, and files this RESPONSE/OBJECTION to Notice of Filing of Escrow Change Letter (doc. no. 52), and the Debtor states as follows:

1. On September 21, 2009, U.S. Bank (Hereafter "Creditor") filed a proof of claim in the debtor's case.

2. On December 9, 2009, the debtor filed an objection to the mortgage claim based on escrow shortage and increased mortgage payments.

3. On December 22, 2009, the Creditor filed a Response to the Objection stating no proof that the debtor had maintained his insurance/real estate taxes.

4. On January 5, 2010, the debtor filed a Notice of Providing Proof of Payments of Real Estate Taxes and Homeowners Insurance Reference US Bank (doc. no. 45).

5. After the debtor objected to the proof of claim (claim no. 9), provided the information requested by the creditor's attorney (doc. no. 45), the undersigned's paralegal contacting the attorney office for the creditor, and the debtor continued with maintaining his property taxes set up on monthly payments and his homeowners insurance, the Creditor forwarded a check to the Property Tax Collector's Office in the amount $3,490.76 about December 2009.

6. The debtor's property taxes were only $1,848.44 of which only $571.00 was due *($281.58 due in December 2009 and $289.42 due in March 2010).*

7. The Property Tax Collector's Office returned $2,918.88 to the Mortgage Company and returned the *$281.58* back to the debtor which was paid in December.

8. On February 1, 2010, the Creditor filed a Notice of Filing of Escrow Change Letter requesting debtor's payments be increased and the account escrowed and reflecting the amount paid to the property tax collector's office but not reflecting the amount returned.

9. The debtor has the $571 for the payment for the property taxes and will turn over to the mortgage company.

10. The debtor objects to the increased payments and the taxes and insurance being escrowed.

11. The debtor's have maintained all homeowners insurance and real estate taxes and the account has never been an escrow account.

WHEREFORE, Debtor, by and through his undersigned counsel, requests an order disallowing the increased mortgage payments and direct the creditor to file an amended proof of claim correcting the mortgage payment and the escrow and order such other and further relief as is just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission and/or U.S. First Class Mail, postage prepaid, this 11th day of February, 2010 to Laurie Weatherford, Chapter 13 Trustee; and Creditor, U.S. Bank, c/o Home Loan Services, Attn: Officer, Manager or Registered Agent, 150 Allegheny Center, Pittsburg, PA 15212; US Bank, c/o Albertelli Law, Attn: Andrew L. Fivecoat, Esq., 600 North Westshore Blvd., Suite 400, Tampa, FL 33609; and to Debtor, 1518 Oriole Street, Longwood, FL 32750.

Respectfully submitted,

Robert J. Pellegrino
627 Heartglen Blvd

Winter Garden, FL  34787-4521
Telephone: (321) 251-8646
Attorneys for Debtor

/s/ROBERT J. PELLEGRINO   .
ROBERT J. PELLEGRINO
Florida Bar No.  0006246