**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

VALENTIN, IVAN                               Case No. 6:09-bk-10039-KSJ
          Debtor          /                        Chapter 13

**ORDER SUSTAINING**
**OBJECTION TO CLAIM NO. 9-2 AS FILED BY US BANK**
**(DOC. NO. 60)**

This cause came before this Court on the Debtor's Objection to Claim No. 9-2 as filed by US BANK and the Court finds as follows:

1.  The Objection was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within thirty (30) days of the date of service;

2.  No party filed an objection within the time permitted; and

3.  The Court therefore considers the matter unopposed;

It is therefore,   ORDERED AND ADJUDGED:

1.       That the Debtors' Objection to Claim No. 9-2 of US BANK is Sustained; and

2.       The Creditor's claim (Claim No. 9-2) is allowed with regular monthly mortgage payments in the amount of $1,185.68;

3.       The Creditor is directed to file an amended proof of claim reflecting the correct monthly mortgage payment.

DONE and ORDERED in Orlando, Florida, this 4th day of May, 2010

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:
Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, Fl  32790
Robert Pellegrino, 627 Hearthglen Blvd., Winter, Garden, FL  34787
U.S. Bank, c/o Home Loan Services, Attn:  Officer, Manager or Registered Agent, 150 Allegheny Center, Pittsburg, PA  15212;
US Bank, c/o Albertelli Law, Attn:  Andrew L. Fivecoat, Esq., 600 North Westshore Blvd., Suite 400, Tampa, FL 33609;
Debtor, 1518 Oriole Street, Longwood, FL  32750